6969. MORROW *v.* FARMERS HARDWARE & WAREHOUSE COMPANY.

HODGES, J. The amount involved being less than $50, and there being an issue of fact in the case, the trial judge did not err in disimssing the certiorari, an appeal to a jury in the justice's court being the proper remedy.      *Judgment affirmed.*

DECIDED JUNE 27, 1916.

Certiorari; from Morgan superior court—Judge Park. September 18, 1915.

*Morrow & Morrow,* for plaintiff in error.

*Middlebrooks & Pennington,* contra. _